**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

CASGAR COOPER, and KOURTNEY THOMPSON,

Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant.

CIVIL ACTION NO.: 2:26-cv-43

**ORDER**

Plaintiffs filed a Motion to Compel Discovery. Doc. 26. As stated in this Court's Rule 26 Instruction Order, parties must attempt to informally resolve all discovery issues without the Court's intervention. Doc. 5. However, if the parties cannot come to an agreement, they are required to schedule a telephonic conference with the Court prior to filing any motion to compel or other discovery motion. Id. There is nothing before the Court that shows Plaintiffs have attempted to informally resolve this issue by contacting my courtroom deputy to schedule the requisite telephonic conference. Accordingly, the Court **DENIES as premature** Plaintiffs' Motion to Compel Discovery.

Plaintiffs may, however, contact my courtroom deputy and schedule a telephonic conference to address any discovery disputes.

**SO ORDERED**, this 15th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA